IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 13-CV-23462-UU

MSC CRUISES (USA), INC.

    Plaintiff,

v.

JETPAY MERCHANT SERVICES, LLC, and
MERRICK BANK CORPORATION

    Defendants.
_____/

**<u>NOTICE OF SETTLEMENT</u>**

    Plaintiff, MSC Cruises (USA), Inc., by and through its undersigned counsel hereby notifies the Court that this matter has settled and the parties anticipate that all settlement and dismissal documents will be completed within the next thirty days.

Dated: June 11, 2014
       Miami, Florida

                      Respectfully submitted,

                      MALTZMAN & PARTNERS, P.A.

                      BY:   /s/ *Jeffrey B. Maltzman*
                             Jeffrey B. Maltzman, Esq.
                             Florida Bar No. 0048860
                             jeffreym@maltzmanpartners.com
                             Steve Holman, Esq.
                             Florida Bar No. 547840
                             steveh@maltzmanpartners.com
                             Rafaela Castells, Esq.
                             Florida Bar No. 98468
                             rafaelac@maltzmanpartners.com
                             55 Miracle Mile, Suite 320
                             Coral Gables, FL  33134
                             Phone: 305-779-5665
                             Fax: 305-779-5664
                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 11th day of June, 2014. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: /s/ *Jeffrey B. Maltzman*
Jeffrey B. Maltzman

### SERVICE LIST
### CASE NO: 13-cv-23462-UU

| | |
|---|---|
| Jeffrey B. Maltzman, Esq.<br>jeffreym@maltzmanpartners.com<br>Steve Holman, Esq.<br>steveh@maltzmanpartners.com<br>Rafaela P. Castells<br>rafaelac@maltzmanpartners.com<br>MALTZMAN & PARTNERS, PA<br>55 Miracle Mile, Suite 320<br>Coral Gables, Florida 33134<br>Telephone: 305-779-5665<br>Fax: 305-779-5664<br>*Attorneys for Plaintiff* | Jeffrey S. York, Esq.<br>jyork@mcglinchey.com<br>McGlinchey Stafford PLLC<br>10407 Centurion Parkway North, Suite 200<br>Jacksonville, FL 32256<br>Telephone: 904-224-4449<br>Fax: 904-212-1784<br><br>Eric J. Simonson, Esq.<br>esimonson@mcglinchey.com<br>McGlinchy Stafford PLLC<br>12th Floor, 601 Poydras Street<br>New Orleans , LA 70130<br>Telephone: 504-586-1200<br>Fax: 504-596-2800<br>*Attorneys for Defendant, Merrick Bank Corporation*<br><br>Lauren Tow, Esq.<br>Lauren.Tow@cooperscully.com<br>T.Micah Dortch<br>Micah.dortch@cooperscully.com |

Cooper & Scully, P. C.
900 Jackson, Suite 100
Dallas, TX 75202
*Attorneys for Defendant, JetPay Merch Services, LLC*

Andrew Maxwell Hinkes, Esq.
ahinkes@bergersinergman.com
Berger Singerman LLP
350 East Las Olas Boulevard, Suite 1000
Ft. Lauderdale, FL 33301
Telephone: 954-525-9900
Fax: 954-523-2872
*Attorneys for Defendant, JetPay Merch Services, LLC*