UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.13-cv-23462-UU

MSC CRUISES INC.,

    Plaintiff,

v.

MERRICK BANK, *et al.*,

    Defendants.

_____/

**ADMINISTRATIVE ORDER**

THIS CAUSE comes before the Court upon Notice of Settlement in Full. D.E. 98.

THE COURT is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf